IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM R. BONNER,

    Plaintiff,                    No. CIV S-07-0810 MCE GGH P

    vs.

JAMES E. TILTON, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file a third amended complaint pursuant to the court's order of October 2, 2007. Although the court had not yet considered the request, plaintiff filed a third amended complaint on November 28, 2007.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 26, 2007, for an extension of time is granted nunc pro tunc; and

        2. Plaintiff's third amended complaint, filed on November 28, 2007, is deemed timely filed.

DATED: 12/6/07                  /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
bonn0810.36