IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM R. BONNER,

        Plaintiff,                    No. CIV S-07-0810 MCE GGH P

   vs.

JAMES E. TILTON, et al.,

        Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed 10/02/07, plaintiff's second amended complaint was dismissed with leave to file a third amended complaint. Plaintiff filed a third amended, on 11/28/07, which the court deemed timely filed by Order, filed on 12/06/07.

        The third amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

\\\\\
\\\\\
\\\\\
\\\\\

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: CDCR Secretary Matthew Cate[1] and Warden Sisto.

2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, one summons, an instruction sheet and a copy of the third amended complaint filed on 11/28/07 (docket # 9).

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

  a. The completed Notice of Submission of Documents;

  b. One completed summons;

  c. One completed USM-285 form for each defendant listed in number 1 above; and

  d. Three (3) copies of the endorsed third amended complaint filed on 11/28/07.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The Clerk of the Court is directed to substitute the name of Matthew Cate, in place of that of James Tilton, as a defendant in the case docket. See Fed. R. Civ. 25(d).

DATED: 03/12/09 /s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
bonn0810.1am

---

[1] As plaintiff seeks only prospective injunctive relief, the present Secretary of the California Department of Corrections and Rehabilitation is substituted in, in his official capacity, for named defendant James Tilton, pursuant to Fed. R. Civ. P. 25(d).

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |
| 6 |   |   |
| 7 |   |   |
| 8 | IN THE UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| 10 | WILLIAM R. BONNER, | |
| 11 | Plaintiff, | No. CIV S-07-0810 MCE GGH P |
| 12 | vs. | |
| 13 | JAMES E. TILTON, et al., | NOTICE OF SUBMISSION |
| 14 | Defendants. | OF DOCUMENTS |
| 15 | _____/ | |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __2__    completed USM-285 forms

    __3__    copies of the __11/28/07__
                          Third Amended Complaint

DATED:

                                                Plaintiff