IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM R. BONNER,

    Plaintiff,                    No. CIV S-07-0810 MCE GGH P

    vs.

MATTHEW CATE, et al.,

    Defendants.                  <u>ORDER</u>

_____/

    Plaintiff is a California state prisoner proceeding pro se in a civil rights action under 42 U.S.C. § 1983. The Court finds appointment of counsel is warranted. Joanna Mendoza has been selected from the Court's pro bono attorney panel.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Joanna Mendoza is appointed as counsel in the above entitled matter.

    2. Joanna Mendoza shall notify shall notify Sujean Younger, ADR and Pro Bono Program Director, at 916-930-4278, if she has any questions related to the appointment.

    3. The Clerk of the Court is directed to serve a copy of this order upon Joanna Mendoza, Law Offices of Joanna Mendoza, Post Office Box 2593, Granite Bay, CA 95746.

DATED: December 7, 2009

                           /s/ Gregory G. Hollows
                          United States Magistrate Judge

1
bonn0810.31