1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  DAVID A. CARRASCO, State Bar No. 160460
   Supervising Deputy Attorney General
3  ANTHONY P. O'BRIEN, State Bar No. 232650
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 323-6879
6   Fax: (916) 324-5205
    E-mail: Anthony.OBrien@doj.ca.gov
7  *Attorneys for Defendants*
   *Sisto and Cate*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM B. BONNER,** | 2:07-cv-00810-MCE-GGH |
| Plaintiff, | **STIPULATION AND ORDER VACATING THE SCHEDULING ORDER AND STAYING LITIGATION PENDING SETTLEMENT NEGOTIATION** |
| v. | |
| **CATE, et al.,** | |
| Defendants. | |

The parties stipulate to vacate all pending deadlines set in the scheduling orders of July 23 and December 3, 2009, and stay this action for 120 days to permit the parties to pursue a settlement.

/ / /

/ / /

/ / /

1

The requested stay will allow time for Defendants to obtain settlement authority, and for the parties to attempt to negotiate a settlement or arrange for a settlement conference.  If no settlement is reached at the end of 120 days, the parties will either seek additional time to reach a settlement, or request that the Court lift the stay and issue a new order rescheduling all pending deadlines.  If the stay is lifted, the parties will proceed with litigation of this action.

IT IS SO STIPULATED.

Dated: January ___, 2010

JOANNA R. MENDOZA
Attorney for Plaintiff William Bonner

Dated: January ___, 2010

ANTHONY P. O'BRIEN
Attorney for Defendants Sisto and Cate

**ORDER**

Having reviewed the stipulation of the parties, and good cause showing, the stipulation is the order of the Court. (signatures of counsel on original filing)

IT IS SO ORDERED

Dated: January 11, 2010                    /s/ Gregory G. Hollows

U.S. MAGISTRATE JUDGE

Bonn810.ord

2

Stipulation and Order Vacating the Scheduling Order and Staying
Litigation Pending Settlement Negotiation  (2:07-cv-00810-MCE-GGH)