IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM B. BONNER,

      Plaintiff,                    No. 2:07-cv-0810 MCE KJN P

   vs.

MATTHEW CATE, et al.,

      Defendants.          <u>ORDER</u>

_____/

      By order filed January 12, 2010, all pending deadlines were vacated and this action was stayed for a period of 120 days. On May 11, 2010, counsel for plaintiff informed the court that the parties have settled the above-captioned case, and represented that the documents disposing of the case will be filed "immediately following final execution of a written settlement agreement by all parties." (May 11, 2010 Notice at 1.) The court now orders that the dispositional documents be filed no later than July 11, 2010.

      Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

////

////

////

      Accordingly, IT IS HEREBY ORDERED that dispositional documents shall be filed no later than July 11, 2010.

DATED:  June 3, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bonn0810.set